UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PATRICK LEDGER,

                              Plaintiff,

            - against -

CITY OF NEW YORK;
NEW YORK CITY POLICE DEPARTMENT;
DETECTIVE JEFFREY KATZ - Shield # 7679;
SERGEANT BRIAN O'TOOLE - Shield # 1378;
DETECTIVE RONALD MARTINY - Shield # 12797
POLICE OFFICER JANE DOES #1-2,

                              Defendants.

-------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT C...
★ DEC 07, 2009
P.M. ___
ORDER TIME A.M. ___

09 CV 2227 (ARR)(LB)

**BLOOM, United States Magistrate Judge:**

The Court held an initial pretrial conference in this case pursuant to Fed. R. Civ. P.

16 on December 2, 2009. Defendants shall produce plaintiff's criminal records, as well as

the 911 and sprint reports regarding the events alleged in plaintiff's complaint by December

31, 2009. The Court shall hold a status conference on January 20, 2010 at 9:30 a.m.

Defendants' counsel is requested to arrange and initiate the conference call. The Warden of

Five Points Correctional Facility shall make plaintiff available for the telephonic conference

at this time. After establishing contact with plaintiff, defendants' counsel shall telephone the

Court at (718) 613-2170.

SO ORDERED.

                                        LOIS BLOOM
Dated: December 4, 2009                 United States Magistrate Judge
        Brooklyn, New York