UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PATRICK LEDGER,

                         Plaintiff,              **ORDER**
                                                 **09 CV 2227 (ARR)(LB)**

            - against -

CITY OF NEW YORK;
NEW YORK CITY POLICE DEPARTMENT;
DETECTIVE JEFFREY KATZ - Shield # 7679;
SERGEANT BRIAN O'TOOLE - Shield # 1378;
DETECTIVE RONALD MARTINY - Shield # 12797

                         Defendants.

------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

         The Court held a pretrial conference pursuant to Fed. R. Civ. P. 16 by telephone on

January 20, 2010 and set April 30, 2010 as the deadline for the parties to complete all

discovery.   Any request to amend the complaint, including any request to join other parties,

shall be made by February 22, 2010.   Fed. R. Civ. P. 16(b)(3)(A).

         Discovery is the process by which the parties request information from each other

regarding their claims or defenses.   Each party bears its own costs of conducting discovery.

Discovery requests are not made to the Court.   Discovery is governed by Rules 26 through

37 of the Federal Rules of Civil Procedure and is conducted between the parties without the

Court's involvement.   Pursuant to Fed. R. Civ. P. 33 and 34, plaintiff may request, in

writing, answers to questions and documents from defendants' attorney.   The more specific

the request, the more likely the information will be produced.   Generally, parties must

respond to discovery requests in writing within thirty (30) days.   Since April 30, 2010 is the

deadline for the *completion* of all discovery, requests to the opposing party must be served at least thirty (30) days before that deadline. Plaintiff should always keep a copy of all requests and responses sent to defendants; plaintiff should never send an original document, only a copy. Fed. R. Civ. P. 5(d) prohibits litigants from filing discovery materials in the Court.

A deposition upon oral examination pursuant to Fed. R. Civ. P. 30 is a seven (7) hour question-and-answer session in which the person being deposed testifies under oath or upon affirmation. The deposition in its entirety, both the questions and answers, are transcribed by the court reporter and may be used in the litigation. The Court hereby grants defendants permission to depose plaintiff pursuant to Fed. R. Civ. P. 30(a)(2).

Before requesting the Court's assistance regarding a discovery dispute, the parties must make a good faith effort to resolve the dispute with one another. See Fed. R. Civ. P. 26(c); Local Civil Rule 37.3. For example, if plaintiff has requested materials and defendants have not responded within thirty days, plaintiff must make a good faith effort to resolve the issue with defendants' counsel before seeking the Court's intervention.

If defendants intend to file a motion for summary judgment, defendants' counsel shall write to Judge Ross by May 28, 2010 stating the basis for the motion and proposing a briefing schedule.

SO ORDERED.

/Signed by Judge Lois Bloom/

LOIS BLOOM
United States Magistrate Judge

Dated: January 20, 2010
Brooklyn, New York