fUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK LEDGER,

                      Plaintiff,                   **ORDER**
                                                              **09 CV 2227 (ARR)(LB)**

    - against -

CITY OF NEW YORK;
NEW YORK CITY POLICE DEPARTMENT;
DETECTIVE JEFFREY KATZ - Shield # 7679;
SERGEANT BRIAN O'TOOLE - Shield # 1378;
DETECTIVE RONALD MARTINY - Shield # 12797,

                      Defendants.
------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

       By letter dated July 2, 2010, plaintiff requests an Order compelling defendants' counsel to provide him with "the documents of [his] civil case and all interrogatories question of civil case." (Document 44.) The Court construes this as a request for a copy of defendants' interrogatories and document requests. Plaintiff's request is denied.

       These discovery requests were first served on plaintiff in January 2010. The Court has twice had to order plaintiff to respond to these requests: first on April 23, 2010, and second on June 1, 2010. (See documents 34, 41.) The second Order granted plaintiff a FINAL extension of time to respond, as he claimed that he had only limited access to his legal materials at his facility. Although plaintiff has written the Court eight times since the first Order (see documents 35-39, 42-44), he nevertheless waited until July 2, 2010 to request a copy of these discovery requests – a week and a half before his responses are due. Furthermore, plaintiff does not state that he requested these materials from defendants' counsel before seeking the Court's assistance.

       The Court's June 1, 2010 Order extended the deadline for the parties to complete all discovery to July 14, 2010 to allow plaintiff to respond to defendants' discovery requests. That

date has passed, and plaintiff's instant request does not demonstrate a good faith basis for further extending the deadline. If defendants intend to move for summary judgment, they shall write to Judge Ross by July 28, 2010 to request a premotion conference.

SO ORDERED.

LOIS BLOOM
United States Magistrate Judge

Dated: July 16, 2010
       Brooklyn, New York